**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

DIANA RODRIGUEZ, *on behalf of herself, FLSA*
*Collective Plaintiffs and the Class,*

                     Plaintiff,

    v.

DR RAKESH GUPTA/DR MEENU GUPTA
MEDICAL P.C.,
RAKESH KUMAR GUPTA and
MEENU GUPTA,
                Defendants.

**Case No.:** 1:24-cv-08343

**NOTICE OF**
**ACCEPTANCE**
**OF OFFER OF JUDGMENT**

       Pursuant to Rule 68 of the Federal Rules of Civil Procedure, Plaintiff DIANA

RODRIGUEZ hereby accepts and provides notice that she has accepted Defendants' Offer of

Judgment dated February 20, 2025, and annexed hereto as **Exhibit A.**

Dated: February 2l, 2025

                           Respectfully submitted,

          By:

                         C.K. Lee, Esq. (CL 4086)
                         LEE LITIGATION GROUP, PLLC
                         148 West 24th Street, 8th Floor
                         New York, NY 10011
                         Tel.: (212) 465-1188
                         Fax: (212) 465-1181
                         *Attorney for Plaintiff, FLSA Collective*
                         *Plaintiffs and the Class*

CERTIFICATE OF SERVICE

I hereby certify that on February 21, 2025, I caused service of Plaintiff's Notice of Acceptance of Offer of Judgment to be served, via electronic mail, upon Defendants' counsel of record in this matter:

Paul H. Aloe
A Member of the Firm
Kudman Trachten Aloe Posner LLP
488 Madison Avenue
23rd Floor
New York, NY 10022
212-868-1010
paloe@kudmanlaw.com
*Attorney for Defendants*

By: _____
C.K. Lee, Esq.