**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

DIANA RODRIGUEZ, *on behalf of herself, FLSA Collective Plaintiffs and the Class,*

                        Plaintiff,

    v.

DR RAKESH GUPTA/DR MEENU GUPTA
MEDICAL P.C.,
RAKESH KUMAR GUPTA and
MEENU GUPTA,
                     Defendants.

**Case No.**: 1:24-cv-08343

**RULE 68 JUDGMENT**

    **WHEREAS**, pursuant to Rule 68 of the Federal Rules of Civil Procedure, Defendants DR RAKESH GUPTA/DR MEENU GUPTA MEDICAL P.C., RAKESH KUMAR GUPTA and MEENU GUPTA (collectively "Defendants"), having offered to allow Plaintiff DIANA RODRIGUEZ ("Plaintiff") to take a judgment against them, in the sum of Fifteen Thousand Dollars and No Cents ($15,000.00) ("Judgment Amount"), inclusive of attorneys' fees and costs, to resolve all of Plaintiff's individual claims against Defendants that were or could have been set forth in the complaint in this action, in accordance with the terms and conditions of Defendants' Rule 68 Offer of Judgment dated February 20, 2025 and filed as Exhibit A to Docket Number 12;

    **WHEREAS**, on February 21, 2025, Plaintiff's attorney having confirmed Plaintiff's acceptance of Defendants' Offer of Judgment (Dkt. No. 12);

    It is **ORDERED and ADJUDGED,** , that judgment is entered in favor of Plaintiff DIANA RODRIGUEZ, in the sum of $15,000.00, in accordance with the terms and conditions of Defendants' Rule 68 Offer of Judgment dated February 20, 2025 and filed as Exhibit A to Docket Number 12. The Clerk of Court is respectfully directed to close this case.

Dated: February 24, 2025                    BRENNA B. MAHONEY
      Brooklyn, New York                    CLERK OF COURT

by: _____
                       Deputy Clerk